**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| ETHLYN LOUISE HALL, ETHLYN HALL as trustee of the ETHLYN LOUISE HALL FAMILY TRUST, and ELSA EMILY HALL,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL HALL, Jr. and HALL & GRIFFITH, PC,<br><br>Defendants. | **3:11-cv-00054**<br><br>**Action for Damages and for an Accounting**<br><br>**JURY TRIAL DEMANDED** |
| SAMUEL HALL, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>ELSA HALL,<br><br>Defendant. | **Civil No. 3:13-CV-00095**<br><br>**Action for Damages and for an Accounting**<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR PREFERENCE AND RULING ON PENDING MOTIONS**

Defendant, Samuel Hall, Jr., by and through undersigned counsel, hereby moves this Honorable Court pursuant to 5 V.I.C. §31(b) for an order granting preference to the above referenced case on the Court's calendar and for this Court to decide all pending motions. In support of the within motion, Defendant Samuel Hall, Jr. submits the accompanying memorandum of law and affidavit.


DATED: September 6, 2023

/s/ Robert L. King
Robert L. King, Esq.
V.I. Bar No. 188
KING & KING LAW, PC
5043 Norre Gade, 11A, Ste.2
St. Thomas, VI 00802
340-776-1014
rlking@attyking.com
*Counsel for Samuel Hall, Jr.*

*Hall v Hall*
3:11-cv-00054 / 3:13-cv-00095 CONSOLIDATED
Motion for Preference and Ruling on Pending Motions
Page **2** of **2**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 6TH  day of September, 2023, I electronically filed the foregoing Motion for Ruling and Preference with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to:

Andrew C. Simpson, Esq.
VI Bar No. 41
2191 Church Street, Ste 5
Christiansted, VI 00820
340-719-3900
asimpson@coralbrief.com