IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL and AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,**<br><br>               **Plaintiff,**<br>v.<br><br>**SAMUEL H. HALL, JR., and HALL & GRIFFITH, P.C.,**<br><br>               **Defendants.** | Civil No. 3:11-CV-00054<br><br>Action for Damages and for an Accounting<br><br>JURY TRIAL DEMANDED |
| **SAMUEL H. HALL, JR.,**<br><br>               **Plaintiff,**<br>v.<br><br>**ELSA HALL,**<br><br>               **Defendant.** | Civil No. 3:13-CV-95<br><br>Action for Damages and for an Accounting<br><br>JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER**, having come before the Court on Defendant's Motion for Preference and a Ruling on Pending Motions, and the Court being fully advised in the premises, it is hereby

**ORDERED** that the Motion is **GRANTED;** and it is further

**ORDERED** that Defendant shall be given **PREFERENCE**; and it is further

**ORDERED** that all outstanding motions shall be promptly decided.


Dated:_____          _____
                                                                    JUDGE
                                                  District Court of the Virgin Islands