IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **ETHLYN LOUISE HALL, ETHLYN HALL** as trustee of the **ETHLYN LOUISE HALL FAMILY TRUST**, and **ELSA EMILY HALL**,<br><br>Plaintiffs,<br><br>v.<br><br>**SAMUEL HALL, Jr.** and **HALL & GRIFFITH, PC**,<br><br>Defendants. | 3:11-cv-00054<br><br>Action for Damages and for an Accounting<br><br>JURY TRIAL DEMANDED |

**RENEWED MOTION FOR PREFERENCE AND**
**RULING ON PENDING MOTIONS**

Defendant, Samuel Hall, Jr., by and through undersigned counsel, hereby renews his Motion for Preference and Ruling on Pending Motions, previously filed at on September 6, 2023, (ECF 512) moves this Honorable Court pursuant to 5 V.I.C. §31(b) for an order granting preference to the above referenced case on the Court's calendar and for this Court to decide all pending motions. In support of the previously filed motion, Defendant Samuel Hall, Jr. filed at ECF 513 an accompanying memorandum of law and affidavit.

Post the filing of the previous motion, this Court entered judgment on the linked matter Civil No. 3:13-CV-00095. Unfortunately, judgment on the second matter does not resolve the issues pending on 3:11-cv-00054 Ethlyn Hall et al vs. Elsa Hall. Defendant respectfully requests the Court's attention.

DATED: May, 16, 2024                     */s/ Robert L. King*
                                         Robert L. King, Esq.
                                         V.I. Bar No. 188
                                         KING & KING LAW, PC
                                         5043 Norre Gade, 11A, Ste.2

*Hall v Hall*
3:11-cv-00054
Motion for Preference and Ruling on Pending Motions
Page **2** of **2**

>
> St. Thomas, VI 00802
> 340-714-4040
> rlking@attyking.com
> *Counsel for Samuel Hall, Jr.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 16TH day of May, 2024, I electronically filed the foregoing Renewed Motion for Ruling and Preference with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to:

Andrew C. Simpson, Esq.
VI Bar No. 41
2191 Church Street, Ste 5
Christiansted, VI 00820
340-719-3900
asimpson@coralbrief.com


                                                 /s/ <u>Robert L. King, Esq.</u>