IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL AND AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,<br><br>      PLAINTIFF,<br><br>  V.<br><br>SAMUEL H. HALL, JR. AND HALL & GRIFFITH, P.C.,<br><br>      DEFENDANTS. | CIVIL NO. 3:11-CV-54 |

**NOTICE TO THE COURT OF RECORD EVIDENCE
RELATING TO THE TRANSFER OF ASSETS TO THE TRUST**

Plaintiff Elsa Hall, as Personal Representative of the Estate of Ethlyn Louise Hall and as Successor Trustee of The Ethlyn Louise Hall Family Trust, gives notice, further to today's Status Conference, that there are two transfers of assets that are of record in this matter:

1. A document entitled "Transfer of Assets" dated November 10, 2010 that was part of the original trust and was filed as Doc. No. 237-10 and transferred property including "all personal property hereafter acquired by the Transferor."

2. A document entitled "Transfer of Assets" dated April 22, 2011 that granted, transferred, assigned and conveyed to the Trust:

   > all intangible property presently owned by the transferor, wherever situated or located, including all causes of action she may have against her son, Samuel H. Hall and all causes

>of action which she may have against anyone or any entity relating to her personal or real property, or damages to her personally.

This document is found in the record in this matter in at least two locations: Doc. No. 102-1 at 28 and Doc. No. 308-2 at 28.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.**
Attorneys for Elsa Hall, as Personal Representative of the Estate of Ethlyn Louise Hall and as Successor Trustee of The Ethlyn Louise Hall Family Trust

Dated: October 10, 2024     By:   /s/ Andrew C. Simpson
                                  Andrew C. Simpson (VI Bar 451)
                                  2191 Church Street, Suite 5
                                  Christiansted, VI 00820
                                  (T) 340-719-3900

2