# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL AND AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL HALL, JR. and HALL & GRIFFITH, PC, <br><br> Defendants. | CIVIL NO. 3:11-CV-0054 |

## NOTICE OF FILING PROPOSED ORDERS TO RENEWED MOTION FOR RULING OR TO SET MATTER FOR TRIAL

Defendants, Samuel Hall, Jr. and Hall & Griffith, PC, by and through their undersigned counsel, Robert L. King, Esq., give notice of filing herewith proposed Orders to their Renewed Motion for Ruling or to Set Matter for Trial.

Respectfully Submitted,

**KING & KING LAW, P.C.**
5043 Norre Gade, Suite 2
St. Thomas, Virgin Islands 00802
Telephone: (340) 776-1014
Facsimile: (340) 774-5299

DATED: May 13, 2025

By:/s/ *Robert L. King, Esq.*
ROBERT L. KING, ESQ.
Primary email: rlking@attyking.com
Secondary email: mytsooko@attyking.com
VI Bar No. 188
NICOLE-LYNN KING-RICHARDSON, ESQ.
Primary email: nicole-lynn@attyking.com
VI Bar No. R-2035
*Counsel for Defendants*

*Elsa Hall, etc. v. Hall, et al,*, Civil No. 3:11-CV-0054
**NOTICE OF FILING PROPOSED ORDERS TO RENEWED MOTION FOR RULING OR TO SET MATTER FOR TRIAL**
Page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the E-Filing system, which will send a notification of such filing to the following:

Andrew C. Simpson, Esq.
2191 Church Street, Suite 5
Christiansted, VI 00820

BY: */s/ Robert L. King, Esq.*