# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL AND AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL HALL, JR. and HALL & GRIFFITH, PC,<br><br>    Defendants. | CIVIL NO. 3:11-CV-0054 |

## **ORDER**

This matter came before the Court on the motion of Defendants seeking summary judgment dismissing Plaintiff's malpractice claim (ECF Nos. 489, 490, and 491) against them. Due deliberation having been had, the premises considered, it is hereby

ORDERED that Defendants' summary judgment motion is GRANTED in favor of Defendants; and it is hereby

ORDERED that this case is hereby DISMISSED WITH PREJUDICE.

Dated: _____     _____
                              HON. ROBERT A. MOLLOY, CHIEF JUDGE

ATTEST:

Glenda L. Lake
Clerk of the Court

By: _____
        Deputy Clerk