IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL AND AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL HALL, JR. and HALL & GRIFFITH, PC,<br><br>　　　　Defendants. | CIVIL NO. 3:11-CV-0054 |

## ORDER

This matter came before the Court on the motion of Defendants seeking summary judgment dismissing Plaintiff's conversion claim (ECF Nos. 487, 488, 502) against them and removal of Plaintiff's notice of lis pendens against Defendant Samuel H. Hall Jr.'s St. John property. Due deliberation having been had, the premises considered, it is hereby

ORDERED that Defendants' summary judgment motion is GRANTED in favor of Defendants; and it is hereby

ORDERED that Plaintiff's conversion claim is hereby DISMISSED; and it is further

ORDERED that the notice of lis pendens is hereby canceled forthwith, and Plaintiff is hereby ORDERED to file a written release in the Office of the Recorder of Deeds releasing of record Parcel No. 17-5 Estate Peter Bay, St. John, Virgin

Islands, belonging to Defendant Samuel H. Hall, Jr.

Dated: _____      _____
                      HON. ROBERT A. MOLLOY, CHIEF JUDGE

ATTEST:

Glenda L. Lake
Clerk of the Court

By: _____
     Deputy Clerk