**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL and AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST, )<br>)<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMUEL H. HALL, JR. AND HALL & GRIFFITH, P.C., )<br>)<br>)<br>Defendants. )<br>) | Case No. 3:11-cv-0054 |

## TRIAL MANAGEMENT ORDER

**THIS MATTER** came before the Court for a telephonic pretrial status conference on February 11, 2026. During the conference the Court discussed with the parties the claims proceeding to trial and any scheduling concerns. Having addressed those matters, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. The deadline to propound fact discovery and to file any potentially dispositive motions has expired.

2. Plaintiff shall identify any newly retained expert and file notice thereof with the Court **no later than February 27, 2026**. Plaintiff shall have until **April 24, 2026,** to serve a renewed expert report. Defendants shall have until **June 12, 2026,** to serve any expert reports. The parties shall have until **July 3, 2026,** to complete all expert discovery, including depositions.

3. A pretrial telephonic status conference shall be held on **Friday, July 10, 2026, at 8:30 a.m.** Call-in information will be provided to the parties at a later time.

4. The parties shall, **no later than July 17, 2026,** submit a proposed Joint Final Pretrial Order in accordance with Local Rules of Civil Procedure 16.1(b) which shall comply substantially with Appendix I to Rule 16.1**.**

5. The parties shall, **no later than July 17, 2026,** file their respective Trial Briefs in accordance with Local Rules of Civil Procedure 16.1(c). The Trial Brief shall include citations, authorities and arguments in support of the party's position on all disputed issues of law.

6. The parties shall file their proposed voir dire, proposed joint neutral statement of the case, and proposed jury instructions no later than **August 3, 2026.**

7. The parties **SHALL** provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits **no later than August 6, 2026;**[1]

8. **Jury Selection and Trial** shall commence promptly on **Monday, August 10, 2026, at 9:00 a.m. in St. Thomas Courtroom 1.**

**DONE AND SO ORDERED.**

**Dated:** February 11, 2026                    */s/ Robert A. Molloy*
                                                **ROBERT A. MOLLOY**
                                                **Chief Judge**

---

[1] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Plaintiff's trial exhibits shall be labelled sequentially beginning with Plaintiff's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A. The parties are reminded that all exhibits must be presented in electronic format and that hard copies of exhibits will be allowed only upon a showing of extenuating circumstances.