### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL AND AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,<br><br>PLAINTIFFS,<br><br>V.<br><br>SAMUEL H. HALL, JR. AND HALL & GRIFFITH, P.C.,<br><br>DEFENDANTS. | CIV. NO. 3:11-CV-54<br><br>ACTION FOR DAMAGES AND FOR AN ACCOUNTING<br><br>JURY TRIAL DEMANDED |

### NOTICE OF IDENTIFICATION OF EXPERT WITNESS

Elsa Hall, as personal representative of the Estate of Ethlyn Louise Hall and as successor trustee of the Ethlyn Louise Hall Family Trust gives notice that she has selected David Nissman, Esq. as her substitute liability expert in this case.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.**
Attorneys for Plaintiff and Counter-defendant Elsa Hall, as Personal Representative of the Estate of Ethlyn Louise Hall and as Successor Trustee of The Ethlyn Louise Hall Family Trust

/s/ Andrew C. Simpson
Andrew C. Simpson (VI Bar 451)
2191 Church Street, Suite 5
Christiansted, VI 00820
(T) 340-719-3900