**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL and AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,** | **Civil No. 3:11-CV-00054** |
| **Plaintiff,** | **Action for Damages and for an Accounting** |
| **v.** | **JURY TRIAL DEMANDED** |
| **SAMUEL H. HALL, JR., and HALL & GRIFFITH, P.C.,** | |
| **Defendants.** | |

### INFORMATIVE NOTICE TO THE COURT

Counsel for Defendant Samuel Hall respectfully files with the Court a medical report from Dr. Amanda Bonner concerning the current medical condition of the Defendant.

Dated    02/02/2026         _/s/*Robert L. King, Esq.*_
                            ROBERT L KING, ESQ.
                            KING & KING LAW PC
                            5403 Norre Gade Ste. 2
                            P.O. Box 9768
                            St. Thomas, Virgin Islands 00801
                            (340) 714-4040
                            V.I. Bar No.188
                            Attorney for Defendants.

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send a notification of such filing to:

Andrew C. Simpson, Esq. (VI Bar 451)
2191 Church Street, Suite 5
Christiansted, VI 00820 (T) 340-719-3900

/s/*Robert L. King, Esq.*



**LEGACY**
H E A L T H

LEGACY MEDICAL GROUP—SALMON CREEK INTERNAL MEDICINE, A
DEPARTMENT OF LEGACY SALMON CREEK MEDICAL CENTER
2101 NE 139TH ST
STE 460
VANCOUVER WA 98686-2325
360-487-2727

March 24, 2026

Re:Samuel H Hall Jr.
Date of birth: 7/9/1948

To whom it may concern:

Samuel H Hall Jr. is under my care as his physician. He has a diagnosis of Alzheimers dementia. In my medical opinion he is not currently able to recall, sequence, or assess past and current events. This is a degenerative condition. By August of 2026, I would expect ongoing cognitive decline in multiple domains.

He was initially evaluated personally with concerns in March 2025. Since then he has continued to have progression of symptoms. He was additionally evaluated by a neurologist in July 2025, who confirms the diagnosis of Alzheimers dementia, and agrees there are deficits in past and immediate recall.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Amanda Bonner MD
Internal Medicine/Geriatrics
360-487-2727

LEGACY MEDICAL GROUP—SALMON CREEK INTERNAL MEDICINE, A DEPARTMENT OF
LEGACY SALMON CREEK MEDICAL CENTER