IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

ELSA HALL, AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF ETHLYN LOUISE HALL AND AS
SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE
HALL FAMILY TRUST,

      PLAINTIFF,

  V.

SAMUEL H. HALL, JR. AND
HALL & GRIFFITH, P.C.,

      DEFENDANTS.

CIVIL NO. 3:11-CV-54

NOTICE OF SERVICE OF EXPERT REPORT

Plaintiff Elsa Hall, as Personal Representative of the Estate of Ethlyn Louise

Hall and as Successor Trustee of The Ethlyn Louise Hall Family Trust, gives notice that

on April 24, 2026 she served the expert report of David M. Nissman upon counsel for

defendants via email.

                                 Respectfully submitted,

                                 **ANDREW C. SIMPSON, P.C.**
                                 Attorneys for Elsa Hall, as Personal
                                 Representative of the Estate of
                                 Ethlyn Louise Hall and as Successor
                                 Trustee of The Ethlyn Louise Hall
                                 Family Trust

Dated: April 24, 2026          By:    /s/ Andrew C. Simpson
                                 Andrew C. Simpson (VI Bar 451)
                                 2191 Church Street, Suite 5
                               Christiansted, VI 00820
                               (T) 340-719-3900