## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

ELSA HALL, AS PERSONAL
REPRESENTATIVE AND AS
SUCCESSOR TRUSTEE OF THE
ETHLYN LOUISE HALL FAMILY
TRUST,

                    Plaintiff,

        Vs.

SAMUEL H. HALL, JR. and
HALL & GRIFFITH, P.C.

                    Defendants.

CIVIL. NO. 3:11-CV-54

ACTION FOR DAMAGES

JURY TRIAL DEMANDED

### NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM
### TO  DAVID M. NISSMAN,  ESQ

TO:    **DAVID M. NISSMAN, ESQ,**
       **c/o Andrew C. Simpson, P.C.**
       **2191 Church St. Ste 5**
       **Christiansted, St. Croix, VI  00820**
       asimpson@coralbrief.com

       **Verdell Porter**
       **Porter's Court Reporting**
       P.O. Box 11303
       St. Thomas, VI 00801
       340-775-2428
       _verdellp@earthlink.net_

**PLEASE TAKE NOTICE** that, pursuant to Rules 26, 30, and 45 of the Virgin

Islands Rules of Civil Procedure, Defendant, by and through undersigned counsel, will

take the oral examination of **DAVID M. NISSMAN, ESQ., on Monday June 1, 2026**

*Elsa Hall et al vs. Samuel Hall, Jr.*
<u>NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO    DAVID M. NISSMAN,  ESQ.</u>
Page 2

**at 10:00 A.M.  via the Zoom video conference portal.**

**Time: Jun 1, 2026 10:00 AM Atlantic Time (Canada)**

**Join Zoom Meeting**

**https://us06web.zoom.us/j/89265529181?pwd=aRI7ePtnRDVkWjuLp5MHg**

**dLmTFEVS5.1**

**Meeting ID: 892 6552 9181**

**Passcode: 873153**

**THE DEPONENT, DAVID M. NISSMAN, ESQ., IS REQUIRED TO**

**PRODUCE 72 HOURS IN ADVANCE BY DEPOSITING IN THE DROPBOX**

**LINK:    https://www.dropbox.com/request/nox5nmrmlqp4oytqw7ff**

and make available the documents and materials set forth below:

1. **Provide a copy of any and all letters, emails, documents, memoranda, or writings that provided the background information supplied by the attorney for the trustee that is contained in pages 2- 7 of the report prepared by you.**

2. **Provide copies of any and all letters, emails, documents, memoranda, or writings, that provided the assumptions that you relied upon to support your opinion and contained in pages 7 -11 of your report of your report.**

3. **Copies of any and all bills, invoices, and evidence of payment of any such bills and invoices for services rendered as an expert in this case.**

4. **Copies of any and all agreements and contracts for retaining your services as an expert in this case.**

5. **Copies of any and all documents evidencing your claimed areas of expertise that you assert qualifies you as an expert in this case.**

*Elsa Hall et al vs. Samuel Hall, Jr.*
<u>**NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO   DAVID M. NISSMAN,  ESQ.**</u>
Page 3

6.  **Copies of any and all documents that describe the areas in which you claim to be an expert and that support the opinions that you hold in this case.**

7.  **Copies of any and all documents that describes the issues that you were asked to address in your expert opinion.**

8.  **Copies of any and all documents, correspondence, emails, or other writings that outlined the governing duties that you addressed in pages 14-20 of your report.**

9.  **Copies of any and all documents that supplied the facts that you rely upon in your discussion of the governing duties that you describe in your report from pages 11- 20.**

10. **Copies of any and all retainer agreements between Ethlyn Hall, Hall & Griffith and Samuel Hall that you reviewed in reaching any conclusions and opinions that you hold in this case.**

11. **Copies of any case law or citation to any case law that you rely upon in reaching opinions that you hold in this case.**

12. **Copies of any rules or citation to any rules that you rely upon in reaching the opinions or conclusions that you hold in this case.**

13. **Copies of any documents that support your opinion that the law firm of Hall and Griffith committed malpractice.**

14. **Copies of any and all documents that you relied upon to support an opinion that legal malpractice was committed.**

15. **Copies of any and all documents or other evidence, that support the conclusion that Sam Hall or Hall and Griffith gave tax advice that was relied upon by Ethelyn Hall.**

*Elsa Hall et al vs. Samuel Hall, Jr.*
**NOTICE OF DEPOSITION AND SUBPOENA DUCES TECUM TO    DAVID M. NISSMAN,  ESQ.**
Page 4

The scope of the examination is being taken for the use as evidence, for purposes of discovery of evidence and trial, and will be continued from day to day until completed.

The deposition will be taken by oral examination before a Notary Public or other officer authorized to administer the oath and take depositions.

Respectfully Submitted,

**KING & KING LAW P.C.**
5043 Norre Gade, Suite 2
St. Thomas, Virgin Islands 00802
Telephone:  (340) 776-1014
Facsimile:  (340) 774-5299

DATED: May 26, 2026            By:*/s/ Robert L. King, Esq.*
                                     ROBERT L. KING, ESQ.
                                     Primary email:  *rlking@attyking.com*
                                     VI Bar No. 188
                                     NICOLE-LYNN KING-RICHARDSON, ESQ.
                                     Primary email:  *nicole-lynn@attyking.com*
                                     VI Bar No. R-2035

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the Virgin Islands Judiciary Branch C-Track E-filing System, and which was served to all parties and/or their counsel of record as follows:

**Andrew C. Simpson, P.C.**
**2191 Church St. Ste 5**
**Christiansted, St. Croix, VI  00820**

This document complies with the page or word limitation set forth in Rule 6-1(e).

BY: */s/ Robert L. King, Esq.*