IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

ELSA HALL, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF ETHLYN LOUISE HALL
AND AS SUCCESSOR TRUSTEE OF THE
ETHLYN LOUISE HALL FAMILY TRUST,

                    Plaintiff ,

      v.

SAMUEL H. HALL, JR. and
HALL & GRIFFITH, P.C.

                  Defendants.

CIVIL. NO. 3:11-CV-54

ACTION FOR DAMAGES
FOR AN ACCOUNTING

JURY TRIAL DEMANDED

NOTICE OF SERVICE OF EXPERT REPORT

Defendants, by and through undersigned counsel, hereby notify this Honorable

Court that the Defendants' expert report of Marjorie Rawls Roberts, Esq., along with

curriculum vitae, fee schedule, and list of testimony  was served on June 23, 2026 upon

the Plaintiff by serving same upon counsel of record.

DATED: June 23, 2026          /s/Robert L. King, Esquire
                             ROBERT L. KING, ESQ.
                             KING & KING LAW, PC
                             5043 Norre Gade , 11A, Ste 2
                             St. Thomas, Virgin Islands 00802
                             rlking@attyking.com
                             (340)  776-1014
                             Attorney for the Defendants

## <u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that on June 23, 2026 I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing (NEF) to the following:

Andrew Simpson, Esq.
Emily Shoup, Esq.
Law Offices of Andrew Simpson, P.C.
2191 Church Street, St. 5
Christiansted, St. Croix
U.S. Virgin Islands  00820
asimpson@coralbrief.com
eshoup@coralbrief.com
Counsel for Plaintiff, Elsa Hall, as Personal
Representative of The Estate of Ethlyn Louise
Hall and As Successor Trustee of The Ethlyn
Louise Hall Family Trust

Marie E. Thomas Griffith, Esq.
Elevate Law, PLLC.
8000 Nisky Center, Suite 207
St. Thomas, U.S. Virgin Islands 00802
marie@elevatelawvi.com
340-244-4032

*s/ Robert L. King, Esq.*
Robert L. King, Esq.