USVI | PUERTO RICO

# ATTORNEY NISSMAN

- CALL: 340-719-0601
- DNISSMAN@USVI.LAW
- 53A COMPANY STREET, CHRISTIANSTED, VI 00820

## EDUCATION

- J.D., University of Oregon,  1988
- B.S., Emory University, 1982

## BAR ADMISSIONS

- U.S. Virgin Islands

GOVERNMENT RELATIONS
TAX INCENTIVES
BUSINESS LAW
TAX LAW

# BIOGRAPHY

David Marshall Nissman is an accomplished lawyer, former chief federal prosecutor, tax expert, author, and entrepreneur. He served as U.S. Attorney for the District of the Virgin Islands and was appointed by President George W. Bush as the 19th U.S. Attorney for the District in 2002. During his tenure, he investigated and prosecuted many high-profile cases, criminal and white-collar. Nissman was born in Queens, New York, and graduated magna cum laude from Emory University in Atlanta, Georgia; subsequently, he earned his Juris Doctorate from the University of Oregon, where he also worked as a Professor of Law. He later served as a trial lawyer with the U.S. Department of Justice, an Assistant United States Attorney (AUSA) for the District of The U.S. Virgin Islands, and ultimately rising to the ranks of U.S. Attorney for the Virgin Islands' District. After his retirement, the U.S. Attorney's Office Building on St. Croix was named the David Marshall Nissman Justice Center in his honor for his years of distinguished public service, and that year he was chosen as the Rotarian's Man of the Year. Nissman was instrumental, first as the U.S. Government's representative and then on behalf of the Government of the Virgin Islands and

private enterprise, in designing compliant tax programs using the territorial economic development laws established by Congress for the Territorial Governments. His unparalleled insight into the U.S. government's framework behind the U.S. Territorial Tax Incentives have helped bring business and economic development to both the U.S. Virgin Islands and Puerto Rico, United States Territories. He also wrote several economic development statutes that remain in place to this day in the U.S. Virgin Islands, which were later studied by the Government of Puerto Rico before enacting their economic development laws in 2012, Act 20 and Act 22. He authored the Virgin Islands International Banking Entity statute and was then hired by the VI Division of Banking to write the rules that were subsequently signed by the Governor of the U.S. Virgin Islands. Nissman has a history of providing anti-money laundering training to the Virgin Islands banking community, the VI Division of Banking, and most of the federal law enforcement agencies, in accordance with the Money Laundering Control Act of 1986. Nissman, also an author, wrote His AML book, **Follow the Money** (Corpus Juris Publishing 2005), which is used to train DEA Agents on conducting financial investigations, and he wrote **Proving Federal Crimes** (Corpus Juris Publishing), named Amazon.com's top ten law book list of 2001. He was a senior partner at ILP + McChain Miller Nissman before relocating to Puerto Rico. Today Nissman is of counsel at McChain Hamm & Associates, LLP, also known as USVI LAW, LLP. He serves in various practice areas, Tax Law, Economic Development Programs, Business Transactional, Litigation, and Government Relations. One of Nissman's endeavors in Puerto Rico, through his consulting company, Export Service Strategies LLC, has been to build banks with the intention of helping Puerto Rico develop its own capital market in order to provide development funds to green projects.