IN DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUSIE HALL and AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST, | Civil No. 3:11-CV-54 |
| Plaintiff | Action for Damages and for an Accounting |
| vs. | |
| SAMUEL H. HALL, JR, and HALL & GRIFFITH, P.C. | JURY TRIAL DEMANDED |
| Defendants. | |

NOTICE TO THE COURT RE: ECF 534

Defendants, Samuel H. Hall, Jr. and Hall & Griffith, P.C. respectfully notifies this Honorable Court that after review of the opposition filed by Plaintiff, Defendants have no intention of filing a reply brief on the motion in limine to exclude the testimony of David M. Nissman before the court.

KING & KING LAW, P.C.

Dated:  July 11, 2026        /s/*Robert L. King, Esq.*
ROBERT L. KING, ESQ.
5043 Norre Gade Ste. 2
St. Thomas, VI 00802
(340) 714-4040
rlking@attyking.com
Attorney for Defendants

*Defendants' Notice to the Court Re: ECF 534*
Page 2

_____

CERTIFICATE OF SERVICE

It is hereby certified that on the 11th day of July, 2026 I electronically filed the foregoing pleading pursuant to Rule 26.1 with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Andrew C. Simpson, Esq. (VI Bar No 451)
> 2191 Church Street, Suite 5
> Christiansted, St. Croix, VI  00820

*/s/ Robert L. King, Esq.*