IN DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUSIE HALL and AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,<br><br>        Plaintiff<br><br>vs.<br><br>SAMUEL H. HALL, JR, and HALL & GRIFFITH, P.C.<br><br><br>        Defendants. | Civil No. 3:11-CV-54<br><br>Action for Damages and for an Accounting<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

Defendant hereby notifies this Honorable Court that the parties have amicably settled this matter and are in the process of completing the appropriate paperwork. A stipulation of dismissal will be filed within sixty (60) days.

Dated:  July 23, 2026     */s/ Robert L. King, Esq.*
             **King & King Law, P.C.**
             Robert L. King , Esq.
             rlking@attyking.com
             V.I. Bar No. 188
             Nicole-Lynn King, Richardson, Esq.
             nicole-lynn@attyking.com
             V.I. Bar No. R-2035
             T. (340) 776-1014; F. (833) 745-5551
             *Attorneys For Defendants*

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on the 23rd day of July, 2026 I electronically filed the foregoing pleading pursuant to Rule 26.1 with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Andrew C. Simpson, Esq. (VI Bar No 451)
2191 Church Street, Suite 5
Christiansted, St. Croix, VI  00820


*/s/ Robert L. King, Esq.*