**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| ELSA HALL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ETHLYN LOUISE HALL and AS SUCCESSOR TRUSTEE OF THE ETHLYN LOUISE HALL FAMILY TRUST,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMUEL H. HALL, JR. AND HALL & GRIFFITH, P.C.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)    Case No. 3:11-cv-0054<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**THIS MATTER** is before the Court on a Notice of Settlement (ECF No. 543) filed by Defendants Samuel H. Hall, Jr. and Hall & Griffith, P.C., on July 23, 2026. The Notice indicates that the parties have "amicably settled this matter" and that a "stipulation of dismissal will be filed within 60 days." *Id*. at 1.

Accordingly, after careful consideration and review, it is hereby

**ORDERED** that the Notice of Settlement is **ACKNOWLEDGED;** it is further

**ORDERED** that, **no later than September 21, 2026,** the parties shall file a Stipulation of Dismissal or any other appropriate document requesting court action; it is further

**ORDERED** that the parties are **ADVISED** that if no action is taken within the deadline stated above, the Court will construe that this matter has been fully resolved requiring no further court action and, considering the matter closed, will dismiss this case; it is further

**ORDERED** that the trial scheduled to commence August 10, 2026, is **CONTINUED** *sine die*.

**Dated:** July 24, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**